## Return

| Case No.: M-20-246-SM | Date and time warrant executed: 6-4-2020 | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of: SA CHARLES, STANLEY

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED FBI FORMS (FD-597s) REFLECTING ALL ITEMS SEIZED DURING SEARCH.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7-1-2020

[signature]
*Executing officer's signature*

JAMES A. ANDERSON
*Printed name and title*

FD-597 (Rev. 4-13-2015)



# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 266N-OC-3241877

On (date) 06/04/2020

item (s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) BUILDING 1

(Street Address) 333247 E. 1066 RD

(City) McCLOUD, OK

Description of Item (s):

1- POSSIBLE IED/GRENADE
2- POSSIBLE IED/GRENADE
3- POSSIBLE IED/GRENADE
4- POSSIBLE IED/GRENADE
5- POSSIBLE IED/GRENADE
6- POSSIBLE IED/GRENADE
7- 5X FIREWORK MORTAR SHELLS
8- 3X FIREWORK MORTAR SHELLS
9- GREEN AMMO CANNISTER
10- AMMO CANNISTER W/6 BOXES OF AMMUNITION
11- 9X CANNISTERS LABELLED TANNENITE W/ADDITIVE
12- 2X 1lb CONTAINERS LABELLED "GOEX BLACK POWDER"
13- MORTAR TUBES, BOX OF DEATH PUNCH W/MORTAR SHELLS
14- MOSSBURG PATRIOT MPR4184112, SCOPE, BIPOD, MAGAZINE
15- BOLT ACTION RIFLE, S/N 16657, FLAG
16- AMMUNITION
17- LOADED MAGAZINES
18- MORTAR TUBES

Received By: ______________________ (Signature)

Received From: [signature] (Signature)

Printed Name/Title: ______________________

Printed Name/Title: SHARA McGOWAN, SA

FD-597 (Rev. 4-13-2015)



# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 266N-OC-3241877

On (date) 06/04/2020

item (s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) BUILDING 1

(Street Address) 333247 E. 1066 RD

(City) MCCLOUD, OK

Description of Item (s):

19 RIFLE AMMO
20 "CARE PACKAGE FOR CHRIS" BOX
21 FIREWORKS W/ MORTAR SHELLS
22 BOTTLES CONTAINING UNKNOWN LIQUID
23 AMMUNITION ~~OF~~ [illegible]
24 TUBE LABELLED PIPE THREAD COMPOUND
25 SAMSUNG CELL PHONE

6/04/2020

Received By: ______________________ (Signature)

Received From: [signature] (Signature)

Printed Name/Title: ______________________

Printed Name/Title: SHARA MCGOWAN, SA

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: 266N-OC-3241877

On (date) 04-JUNE-2020 item (s) listed below were:

- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Building 5

(Street Address) 333247 E 1066 RD

(City) McLOUD OK

Description of Item (s): Acer Chromebook

S/N: NXGVFAA0019350569276000

CH 06/04/20

Received By: Matthew W. Chenevert (Signature)

Received From: (Signature)

Printed Name/Title: MATTHEW W. CHENEVERT

Printed Name/Title:

FD-597 (Rev. 4-13-2015)



# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 266N-OC-3241877

On (date) 04-JUNE-2020

item (s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Building 5

(Street Address) 333247 E 1066 RD

(City) McLOUD OK

Description of Item (s): Acer Chromebook
S/N: NXGVFAA0019350569276 00

CH 06/04/20

Received By: Matthew W. Cheney (Signature)

Printed Name/Title: MATTHEW W. CHENEVEY

Received From: (Signature)

Printed Name/Title:

FD-597 (Rev. 4-13-2015)



**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
**Receipt for Property**

Case ID: 266N-OC-3241877

On (date) 04-JUNE-2020

item (s) listed below were:
- [ ] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Range

(Street Address) 333247 E 1066 RD

(City) McLOUD, RD

Description of Item (s): 2 paper targets

OA 06/04/20

Received By: Matthew W. Chenevey (Signature)

Received From: (Signature)

Printed Name/Title: MATTHEW W. CHENEVEY

Printed Name/Title:

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: 266N-OC-3241877

On (date) 4-JUNE-2020

item (s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Building 13

(Street Address) 333247 E 1066 Rd

(City) McLOUD, OK

Description of Item (s): ammo, fuses

06/04/20

Received By: [signature] (Signature)

Received From: (Signature)

Printed Name/Title: MATTHEW W. CHENEVEY

Printed Name/Title:

FD-597 (Rev. 4-13-2015)



# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 266N-OC-3241877

On (date) 06/04/2020

item (s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name)

(Street Address) 333247 E. 1066 Road

(City) McLoud, OK - Building 14

Description of Item (s):

1) Ruger .22 charger, S/N 491-16800, scope, magazine with ammo;
2) .44 magnum revolver, Smith & Wesson, S/N AVE0346 and 5 rounds;
3) Keltec PMR-30 .22 handgun, S/N WWZ526 and 3 loaded magazines;
4) Go Pro 8 - Black;
5) 12g double barrel shotgun, S/N JW-2000 0515008
6) Ruger .22 model: 22WMR, S/N 834-57766 with Leupold scope;
7) Revolation model 120, .22 caliber rifle, no S/N;
8) Sears & Roebuck, model 5837, 12 gauge shotgun, no S/N;
9) Revolation, model 300, 20 gauge shotgun, no S/N;
10) Savage Mark II .22 caliber rifle, S/N 2196323 with Vortex Crossfire 2 scope;

Received By: ______________________ (Signature)

Received From: ______________________ (Signature)

Printed Name/Title: ______________________

Printed Name/Title: ______________________

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 266N-OC-3241877

On (date) 06/04/2020

item (s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name)

(Street Address) 333247 E. 1066 Road

(City) McLoud, OK - Building 14

Description of Item (s):

11) Bullet Safe Ballistic Vest;
12) Norinco C&A AK47 upper Receiver, S/N 9358401N;
13) JC Higgins, model 1011, 12 gauge single shot, no S/N;
14) Mossberg 12 gauge pump action shotgun, S/N K866441;
15) Switch device;
16) Remington model 597 Rifle, S/N B2670602; with BSA Classic scope, S/N SW4X32CP;
17) Armalite, model M15, .556 caliber rifle, S/N M001019;
18) Long Tom 12 gauge shotgun, S/N 397692
19) Winchester 410, Single Shot, no S/N
20) Marlin, Model 60, 22 caliber, S/N: 12371789
21) Sante Fe Jungle carbiem, Unk cal, S/N: F7588
22 ~~A)~~ SKS, Sporter, cal 762, S/N: 9233850, black strap
~~22 B)~~ 23) Remington, Model: 550, Cal 22, S/N: XF08, JC Higgins scope, no S/N

Received By: ______________________ (Signature)

Received From: ______________________ (Signature)

Printed Name/Title: ______________________

Printed Name/Title: ______________________

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: 266N-OC-3241877

On (date) 6/4/2020

item (s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name)

(Street Address) 353247 E. 1066 Road

(City) McLoud, OK - Building 14

Description of Item (s):

24) Glenfield, Model 60 Marlin, Col 22, S/N: 25482085
25) Ammo can containing .22 cal ammunition
26) Ammo can containing 12 gauge ammunition
27) Ammo can containing .22 cal ammunition
28) Ammo can containing 762 ammunition
29) Ammo can containing 762 ammunition
30) Ammo can containing 762 ammunition (sealed)
31) Box containing 28 loaded mags, and boxes containing 303, 12 gauge, and 9mm ammunition
32) Box containing 44 boxes 762, 12 gauge
33) Box containing 2 mags loaded and ammunition
34) Game camera, primrose, containing SD card Sandisk
35) Hobby fuse, red
36) Helmet with GoPro mount
37) Trigger mechanism, unk cal, SN: 58401, 5 rounds of 762 cal, and empty mag
38) Cobra digital video recorder, S/N: 369471942
39) Red Pentax, adventure proof digital camera
40) Dual drum magazine, 556 caliber, S/N: 10-201700063846, loaded
41) 1 box of Winchester 44 magnum ammo, and 2 boxes of Federal 44 Magnum ammo.

Received By: ____________________ (Signature)

Received From: ____________________ (Signature)

Printed Name/Title: ____________________

Printed Name/Title: ____________________

FD-597 (Rev. 4-13-2015)



# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: 266N-OC-3241877

On (date) 6/4/2020

item (s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name)

(Street Address) 333247 E. 1066 Road

(City) McLoud, OK - Building 14

Description of Item (s):

42) Fireworks
43) Fireworks
44) Fireworks

Received By: ____________ (Signature)

Received From: ____________ (Signature)

Printed Name/Title: ____________

Printed Name/Title: ____________

FD-597 (Rev. 4-13-2015)



# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: 266N-OC-3241877

On (date) 06/04/2020

item (s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name)

(Street Address) 333247 E. 1060 Rd

(City) McLoud, Oklahoma

Building: 10

Description of Item (s): 1.) New England Firearms Shotgun 12gauge Model Pardner S/N: NN 322827 2.) CBC Brazil Shotgun Model SB, S/N: 900713 .410 cal
3.) Three boxes of 12 gauge ammunition, one 12gauge loose round, one box of .410 cal ammo, Two boxes of 9mm ammo, Two boxes .380 cal ammo, one magazine containing unknown number and make of ammo. X

Nothing further 6/4/2020 L Davis

X

Received By: ______ (Signature)

Received From: ______ (Signature)

Printed Name/Title: ______

Printed Name/Title: ______